DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAKESIDE GREEN HOMEOWNERS' ASSOCIATION NO. 5, INC.,**
Appellant,

v.

**RESPONSIBLE REALITY, LLC,**
Appellee.

No. 4D16-3581

[ July 6, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502015CA014071XXXXMB.

James N. Krivok of Dicker, Krivok & Stoloff, P.A., West Palm Beach, for appellant.

Marshall J. Osofsky of Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***